UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK A. CRICHLOW,

                      Plaintiff,

-against-

VERITUITY INC, et al.,

                      Defendants.

25 Civ. 6591 (JHR)

ORDER OF SERVICE

---

JENNIFER H. REARDEN, United States District Judge:

    Plaintiff, appearing *pro se*, brings this action for violations of the Sarbanes-Oxley Act, the Dodd-Frank Act, and other federal and state laws.[1]  By order dated August 21, 2025, *see* ECF No. 9, Chief Judge Laura Taylor Swain granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

### A.    Service on Defendants

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2]  *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

---

[1] Plaintiff filed the original complaint in this action on August 5, 2025. On August 8, 2025, without direction from the court, he filed an amended complaint.  The amended complaint is the operative pleading.  *See Smith v. New York*, No. 23-CV-7613 (LTS), 2023 WL 7133218, at *1 n.3  (S.D.N.Y. Oct. 27, 2023) (citing Federal Rule of Civil Procedure 15(a)(1) in determining that the plaintiff was "permitted as a matter of course to amend his complaint once prior to service" and "accept[ing]" the amended pleading as the operative complaint).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the amended complaint and ordered that any summonses be issued.  The Court therefore extends the time to serve until 90 days after any summonses issue.

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Verituity Inc. and Forgepoint Capital through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further directed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the amended complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes. **The Court may dismiss the action if Plaintiff fails to do so**.

**B.      Request to participate in electronic filing**

The Court grants Plaintiff's motion for permission to file documents electronically. *See* ECF No. 5. The ECF Rules & Instructions are available online at https://nysd.uscourts.gov/rules/ecf-related-instructions.

Following Plaintiff's registering to file documents electronically, he no longer will receive service of documents by postal mail, regardless of whether he previously consented to accept electronic service. All documents filed by the court, or by any other party, shall be served on Plaintiff by electronic notice to Plaintiff's designated email address. *See* Fed. R. Civ. P. 5(B)(2)(E).

Should Plaintiff have any questions regarding electronic filing, he may call the ECF Help Desk at (212) 805-0800.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for each Defendant, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Court grants Plaintiff's motion for permission to participate in electronic case filing. ECF No. 5.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: August 27, 2025
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

## SERVICE ADDRESS FOR EACH DEFENDANT

1. Verituity Inc.
   6861 Elm Street, Suite 100
   McLean, VA 22101

2. Forgepoint Capital
   400 S. El Camino Real, Suite 1050
   San Mateo, CA 94402