```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK A. CRICHLOW,

                              Plaintiff,                    25-CV-6591 (JHR)(SN)

      -against-                                           **ORDER**

VERITUITY INC. and FORGEPOINT CAPITAL,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff's motion for alternate service by email is denied. Plaintiff, proceeding *in forma pauperis*, is entitled to rely on the U.S. Marshals Service to effect service. The Court will issue a further order once service has been effected.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 25.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     September 17, 2025
                New York, New York