UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

MARK A. CRICHLOW,

                              Plaintiff,                              25-CV-6591 (JHR)(SN)

            -against-                                                 <u>ORDER</u>

VERITUITY INC. and FORGEPOINT CAPITAL,

                              Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff has filed a third Emergency Motion for a Temporary Restraining Order ("TRO Motion"), alleging that Defendants have engaged in unauthorized access and surveillance of his private job-seeking activities. Specifically, Plaintiff claims that certain phishing emails he received are evidence of such unauthorized conduct. Plaintiff requests that the Court issue a Temporary Restraining Order requiring Defendants to cease their digital surveillance and interference with Plaintiff's personal activities.

      On this record, and without the benefit of the adversary process, the Court declines to find that Plaintiff has established a likelihood of success on the merits of his case to entitle him to the extraordinary relief he seeks. Accordingly, the application for a TRO is DENIED without prejudice. Plaintiff is ORDERED to serve this order on Defendants through the authorized alternative service. He shall file proof of service by November 20, 2025. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 29.

**SO ORDERED.**

DATED:     November 17, 2025
               New York, New York

SARAH NETBURN
United States Magistrate Judge