**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MARK A. CRICHLOW,

                          **Plaintiff,**

          **-against-**

VERITUITY INC. and FORGEPOINT CAPITAL,

                    **Defendants.**

-----------------------------------------------------------------X

**25-CV-6591 (JHR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff has filed numerous documents and applications for relief after the Defendants'

motions to dismiss have been fully briefed. ECF Nos. 66-74. Plaintiff should not file any further

documents unless ordered by the Court. Defendants are not obligated to respond to these

submissions unless ordered by the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 21, 2026
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 1/21/2026 ___