UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARK A. CRICHLOW,

                        **Plaintiff,**

          -against-

VERITUITY INC. and FORGEPOINT CAPITAL,

                       **Defendants.**

-------------------------------------------------------------------X

25-CV-6591 (JHR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Upon review of Defendant Verituity, Inc.'s ("Verituity") motion to seal, ECF No. 76, it is hereby ORDERED that, pending further order of the Court, the following filings and exhibits are temporarily SEALED:

- ECF No. 67-1;

- ECF Nos. 71-1, 71-4, 71-5, 71-6, 71-8 through 71-11, 71-13, 71-14, and 71-19 through 71-23; and

- ECF Nos. 73-1, 73-2, and 73-3.

      Plaintiff may file any opposition to Verituity's motion to seal by February 10, 2026.

Verituity may file a reply by February 17, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     January 28, 2026
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 1/28/2026